UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DONALD CRANSTON, et al.,

                Plaintiffs,

-against-

MASPETH SUPPLY CO., LLC,

                Defendant.
---------------------------------------------------------------- X

03 CV 6495 (ARR)(RLM)

NOT FOR
ELECTRONIC OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated July 15, 2005 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Having conducted a *de novo* review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiffs are awarded attorney's fees and costs in the reduced amounts of $2,312.50 and $180.00 respectively. The Clerk of the Court is directed to enter judgment accordingly.

    SO ORDERED.

                                              Allyne R. Ross
                                              United States District Judge

Dated: July 29, 2005
       Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiffs*

Charles R. Virginia
Judy Wong
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
Trinity Centre
111 Broadway
14th Floor - Suite 1403
New York, NY 10006

*Counsel for Defendant*

Alan Levy
Levy, Tolman & Costello LLP
630 Third Avenue
New York, NY 10017

cc: Magistrate Roanne L. Mann