UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONALD CRANSTON, et al.,

                            Plaintiffs,

-against-

MASPETH SUPPLY CO., LLC,

                            Defendant.
-------------------------------------------------------------------X

JUDGMENT
03-CV- 6493 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 2, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated July 15, 2005, after a *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding plaintiffs attorney's fees and costs in the reduced amounts of $2,312.50 and $180.00 respectively; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs, Donald Cranston, et al., and against defendant, Maspeth Supply Co., LLC, awarding attorney's fees and cost in the reduced amounts of $2,312.50 and $180.00 respectively.

Dated: Brooklyn, New York
        August 02, 2005

                                                          ROBERT C. HEINEMANN
                                                           Clerk of Court